[No. 20053-1-III. Division Three. February 5, 2002.]

DEBORAH D. SMITH, ET AL., *Respondents*, v. ARGONNE HOLDINGS, L.L.C., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-2-03423-1, James M. Murphy, J., entered March 12, 2001. *Affirmed in part, reversed in part, and remanded* by unpublished opinion per Kato, J., concurred in by Kurtz, C.J., and Sweeney, J.

[No. 20107-4-III. Division Three. February 5, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY D. ELLSWORTH, *Appellant*.

Appeal from a judgment of the Superior Court for Asotin County, No. 00-1-00086-5, William D. Acey, J., entered March 30, 2001. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, A.C.J., and Kato, J.

[Nos. 20165-1-III; 20169-4-III. Division Three. February 5, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. SERGIO N. FARIAS, *Appellant*.

Appeals from judgments of the Superior Court for Grant County, Nos. 00-8-00013-6 and 00-8-00012-8, Kenneth L. Jorgensen, J., entered March 26, 2001. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, A.C.J., and Kato, J.

[No. 19744-1-III. Division Three. February 7, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW BYRON IRVIN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-1-01246-3, Salvatore F. Cozza, J., entered October 30, 2000. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Schultheis and Kato, JJ.